MAIS, Appellant, v. RUH et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Anna Barbara Mais, as administratrix, etc., against Henry Ruh and another. No opinion. Judgment and order affirmed, with costs.

MAND et al. v. MOONEY. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Louis Mand and another against Hester E. Mooney, as administratrix. No opinion. Motion denied, with $10 costs.

In re MANNING'S ESTATE. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) In the matter of the appraisal of the estate of John A. Manning, deceased, under the law relating to taxable transfers of property. No opinion. Decree and order appealed from affirmed, with costs.

MARCY, Respondent, v. OWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by James R. Marcy against James P. Owen. No opinion. Judgment and order affirmed, with costs.

MARSHALL et al., Respondents, v. FRIEND, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by Jacob Marshall and another against Charles M. Friend, as temporary receiver, etc., impleaded, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements. All concur, except McLENNAN, J., who dissents, on authority of Schwietering v. Rothschild, 26 App. Div. 614, 50 N. Y. Supp. 206; Stamping Co. v. Kaplan, 53 App. Div. 96, 65 N. Y. Supp. 732; De Voe v. Selig, 25 Misc. Rep. 411, 54 N. Y. Supp. 941; McCarthy v. Ockerman, 154 N. Y. 565–569, 49 N. E. 153. See 68 N. Y. Supp. 502.

MARTIN, Respondent, v. DEFOREST, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Lemuel N. Martin against Henry P. Deforest. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

In re MILLS. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) In the matter of the judicial settlement of the account of Adelaide Mills, as substituted trustee of the trusts created by the will of Richard Cromwell, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 67 N. Y. Supp. 956.

MIXER, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by John F. Mixer, as president, etc., against George H. White. No opinion. Judgment affirmed, with costs.

MOLONY, Respondent, v. TILTON, Appellant. (Supreme Court, Appellate Division, First department. April 4, 1901.) Action by Matthew S. Molony against Charles E. Tilton. N. S. Spencer, for appellant. E. Masten, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MORRIS, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Arthur R. Morris against the New York Elevated Railway Company and another. J. O. Nichols, for appellants. W. G. Peckham, for respondent. No opinion. Judgment modified by reducing the amount awarded for fee damage to $4,000, and by reducing the judgment for rental damage as entered to the sum of $4,448.78, and, as modified, affirmed, without costs.

MORRISON v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Edward A. Morrison against the Metropolitan Elevated Railroad Company. No opinion. Motion denied.

MORROW, Respondent, v. TILLINGHAST et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Edmund W. Morrow against George F. Tillinghast and another. No opinion. Judgment of the municipal court affirmed, with costs.

MULLER, Respondent, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Conrad Muller against Charles G. Peterson. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 68 N. Y. Supp. 1144.

MURRAY, Respondent, v. PELCYGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by John J. Murray against Frank Pelcyger. No opinion. Order reversed on argument, with $10 costs and disbursements. See Wilson v. Plate Co., 56 App. Div. 527, 67 N. Y. Supp. 508.

MUTUAL RESERVE FUND LIFE ASS'N, Appellant, v. PATERSON, Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by the Mutual Reserve Fund Life Association against James T. Paterson. A. I. Elkus, for appellant. R. M. Baldwin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 68 N. Y. Supp. 885.

NAFEW, Respondent, v. RECTOR, Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by Samuel Nafew against Enoch Rector. From a judgment for plaintiff, defendant appeals. Affirmed. W. H. Sweeny, for appellant. Theodore Prince, for respondent.

PER CURIAM. Judgment affirmed, with costs to the respondent.